## RECONSIDERATION OF PRIOR DECISIONS

**2010–0166.  Bahr v. Progressive Cas. Ins. Co.**
Cuyahoga App. No. 92620, 2009-Ohio-6641. Reported at 125 Ohio St.3d 1413, 2010-Ohio-1893, 925 N.E.2d 1002. On motion for reconsideration. Motion denied.
    LUNDBERG STRATTON, J., dissents.

**2010–0230.  Gossard v. Gossard.**
Hardin App. No. 6–09–09, 2009-Ohio-6716. Reported at 125 Ohio St.3d 1415, 2010-Ohio-1893, 925 N.E.2d 1003. On motion for reconsideration. Motion denied.

**2010–0234.  State v. Wright.**
Franklin App. No. 09AP–207, 2009-Ohio-6773. Reported at 125 Ohio St.3d 1415, 2010-Ohio-1893, 925 N.E.2d 1003. On motion for reconsideration. Motion denied.
    BROWN, C.J., not participating.

**2010–0282.  State ex rel. Rittner v. Williams.**
In Mandamus. Reported at 125 Ohio St.3d 1409, 2010-Ohio-1893, 925 N.E.2d 998. On motion for reconsideration and to order the Clerk to file relator's objection to S.Ct.Prac.R. 10.5. Motions denied.

**2010–0492.  State v. Garcia.**
Butler App. No. CA2008–01–015. Reported at 125 Ohio St.3d 1411, 2010-Ohio-1893, 925 N.E.2d 999. On motion for reconsideration. Motion denied.

## DISCIPLINARY CASES

**2010–0693.  Cleveland Metro. Bar Assn. v. Johnson.**
This cause is pending before the court upon the filing of a report of the Board of Commissioners on Grievances and Discipline recommending the court to impose discipline against the respondent. On June 18, 2010, respondent's counsel filed a motion to withdraw as counsel. Upon consideration thereof,
    It is ordered by the court that the motion to withdraw as counsel is granted.

## CASE ANNOUNCEMENTS
*June 24, 2010*

[Cite as *06/24/2010 Case Announcements*, 2010-Ohio-2866.]